# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                              Case No. 4:16-cr-00003-02 KGB

CURTIS KYLE HACKER                                                                                         DEFENDANT

## ORDER

On March 22, 2016, this Court appointed Assistant Federal Public Defender Christophe Tarver to represent defendant Curtis Kyle Hacker in this matter (Dkt. No. 98). Attorney Omar Greene filed an entry of appearance as retained counsel in this case on April 7, 2016 (Dkt. No. 105).

For good cause shown, Mr. Greene is hereby substituted as counsel of record for Mr. Hacker, and Mr. Tarver is relieved from any further representation of Mr. Hacker in this matter.

It is so ordered this 30th day of June, 2016.

Kristine G. Baker
United States District Judge